FILED
February 26, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:09-mj-67 DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER OF RELEASE |
| | ) | |
| Orlando Barraza, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize the immediate release of _Orlando Barraza_ Case _2:09-mj-67 DAD_ for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    \_    Unsecured bond in the amount of.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    _X_    (Other)   __CASE DISMISSED__

Issued at _Sacramento, CA_ on _2/26/09_  at _2:40 p.m._

By _/s/ Kimberly J. Mueller_
Kimberly J. Mueller,
United States Magistrate Judge